FILED
Jul 16 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ A Cortez    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENIS ANDERSON CHICOJ-YACON,<br><br>    Defendant. | Case No.   '25 CR2821 AJB<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) and (b) - Assault on a Federal Officer (Felony) |

The grand jury charges:

### Count 1

On or about July 2, 2025, within the Southern District of California, defendant DENIS ANDERSON CHICOJ-YACON did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Agent B. Del Villar, while Agent B. Del Villar was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, to wit: a vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

### Count 2

On or about July 2, 2025, within the Southern District of California, defendant DENIS ANDERSON CHICOJ-YACON did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Agent M. Cahill, while Agent M. Cahill was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, to wit: a

JABA:cms:San Diego:7/16/25

vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

## Count 3

On or about July 2, 2025, within the Southern District of California, defendant DENIS ANDERSON CHICOJ-YACON did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Agent J. Odum, while Agent J. Odum was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, to wit: a vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

## Count 4

On or about July 2, 2025, within the Southern District of California, defendant DENIS ANDERSON CHICOJ-YACON did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, Customs and Border Protection Officer R. Fuchs, while Officer R. Fuchs was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, to wit: a vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

DATED: July 16, 2025.

A TRUE BILL.

[signature redacted]

ADAM GORDON
United States Attorney

By: /s/ Julie A. Bauman
JULIE A. BAUMAN
Assistant U.S. Attorney

2