```
 1  ADAM GORDON
    United States Attorney
 2  JULIE A. BAUMAN
    Assistant United States Attorney
 3  California State Bar No. 301489
    United States Attorney's Office
 4  880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 546-4262
 6
 7  Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS CHICOJ-YACON,<br><br>　　　　　　Defendant. | Case No.: 25CR2821-AJB<br><br>**UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Under Federal Rule of Criminal Procedure 48, the United States seeks leave and moves this Court for an order dismissing the Indictment (ECF No. 11) without prejudice. Upon further review of this case and in the course of preparing for trial, the United States has determined it cannot prosecute this case consistent with its legal obligations. Accordingly, the United States seeks leave from the Court to discontinue the prosecution of this matter and to dismiss the Indictment without prejudice.

//

The United States has notified defense counsel of the intent to file this motion and defense counsel does not oppose.

This motion is made in the interests of justice.

DATED: August 15, 2025                Respectfully submitted,

                                                                        ADAM GORDON
                                                                         United States Attorney

                                                                         */s/ Julie A. Bauman*
                                                                         JULIE A. BAUMAN
                                                                         Assistant U.S. Attorney
                                                                         United States of America