# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS CHICOJ-YACON,<br><br>Defendant | Case No.: 25CR2821-AJB<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against DENIS CHICOJ-YACON in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 18, 2025

_____
Hon. Anthony J. Battaglia
United States District Judge